# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:                                Case no.:     10-43178

15-35 Hempstead Properties, LLC, et. al.,     Chapter:     11

                                            Judge:     Gloria M. Burns

Debtor(s)

## AMENDMENT TO SCHEDULE D, E or F
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ☐ Schedule D - Creditors holding secured claims
- ☐ Schedule E - Creditors holding unsecured priority claims
- ☑ Schedule F - Creditors holding unsecured claims
- ☑ List of Creditors (Matrix)

The schedule or list indicated above, having been previously filed, is amended as follows: (List name and address of creditors being added or deleted and indicate same; please use separate sheet if necessary)

Rich Services
833 Mill Rd. Suite 2
Pleasantville, NJ 08232
$6347.27

I hereby certify under penalty of perjury that the above information is correct.

Dated:    1/4/2011      Debtor's signature:    /s/ Steven Kates

Dated:                  Debtor's signature:

Submit original and a $26.00 fee.

If new creditors are being added as a result of this amendment, you must attach a matrix containing only those creditors being added.

Rev.04/22/08.jml

**Creditors Added to Matrix**

Rich Services
833 Mill Rd. Suite 2
Pleasantville, NJ 08232