UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esquire (MH 9031)
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| 15-35 Hempstead Properties, LLC and | : | |
| Jackson 299 Hempstead, LLC, | : | Case Nos.   10-43178 (GMB) and |
| | : | 10-43180 (GMB) |
| | : | *Jointly Administered* |
| Debtors. | : | |
| | : | |

APPLICATION FOR ORDER APPROVING
APPOINTMENT OF TRUSTEE

    The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving the Appointment of Trustee, and in support thereof, states:

    1. The Applicant has appointed Karen L. Gilman as trustee in the above captioned cases.

    2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the trustee:

        Albert A. Ciardi, III, Esq.
        Ciardi Ciardi & Astin, P.C.
        One Commerce Square
        2005 Market Street, Suite 1930
        Philadelphia, PA 19103
        *(Counsel for Debtor)*

Matthew G Roseman, Esq.
Cullen and Dykman LLP
100 Quentin Roosevelt Blvd.
Garden City, NY 11530
*(Counsel for New York Community Bank*)

Renee E. Suglia, Esq.
Pepco Holdings, Inc.
P.O. Box 231
Wilmington, DE 19899-0231
*(Counsel for Atlantic City Electric Company)*

Michael J. Viscount, Jr., Esq.
Fox Rothschild, LLP
1301 Atlantic Avenue, Suite 400
Midtown Building
Atlantic City, NJ 08401
*(Counsel for Official Committee of Unsecured Creditors)*

    3.  To the best of the Applicant's knowledge, the trustee's connections with the debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

    WHEREFORE, the Applicant requests entry of an Order Approving the Appointment of Karen L. Gilman as Trustee in the above captioned cases.

    DATED this 9th day of May, 2011.

                                               ROBERTA A. DeANGELIS
                                               UNITED STATES TRUSTEE
                                               REGION 3

                                By:    */s/ Martha R. Hildebrandt*
                                     Martha R. Hildebrandt
                                     Assistant United States Trustee