| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |  |
|---|---|
| Caption in Compliance with D.N.J. 9004-2(c)<br><br>Robert E. Nies, Esq. (rnies@wolffsamson.com)<br>**WOLFF & SAMSON PC**<br>One Boland Drive<br>West Orange, NJ 07052<br>Tel: (973) 325-1500<br>Fax: (973) 530-2212<br><br>*Attorneys for Karen L. Gilman,*<br>*Chapter 11 Trustee* |  |
| In re:<br><br>15-35 HEMPSTEAD PROPERTIES, LLC and JACKSON 299 HEMPSTEAD LLC,<br><br>Debtors. | Chapter: 11<br><br>Case Nos. 10-43178 (GMB) and 10-43180 (GMB)<br><br>*Jointly Administered*<br><br>Honorable Gloria M. Burns |

Recommended Local Form: ☑    Followed ☐    Modified

### CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Jeffery L. Hubbard, being of full of age, certify as follows:

1. I am seeking authorization to be retained as auctioneer.

2. My professional credentials include: 18 years experience actively auctioning personal and real property.

3. I am a member of or associated with the firm of: Racebrook Marketing Concepts, LLC d/b/a Sheldon Good and Company ("Sheldon Good").

4. The proposed arrangement for compensation is as follows:

       Upon being approved as Auctioneer for the Trustee, compensation shall be paid to Sheldon Good at the Closing from the Buyer's Premium. The Buyer's Premium will be paid by the Successful Bidder for the Debtors' assets. Sheldon Good shall be reimbursed for its expenses (subject to the aggregate cap of $100,000.00) which expenses shall be a superpriority administrative expense claim until paid. A portion of the Buyer's Premium to be paid to Sheldon Good will equal 1.5% percent of the High Bid Price, if the Successful Bidder is New York Community Bank ("NYCB"); if, however, the Successful Bidder is a third party, i.e. not NYCB, then the portion of the Buyer's Premium to be paid to Sheldon Good will equal 3.0% percent of High Bid Price.[1]

5.    To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☑    None

    ☐    Describe connection:_____

6.    To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, share holders, partners, associates, officers and/or employees with the debtor (s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☑    None

    ☐    Describe connection:_____

7.    To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

    ☑    do not hold an adverse interest to the estate

☑ do no represent an adverse interest in the estate

☑ are disinterested under 11 U.S.C. § 101 (14).

☑ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327 (e).

☐ Other. Explain: _____

8. If the professional is an auctioneer,

   a. A Surety bond is accordance with D.N.J. LBR 2014-1 (B)(2) is attached.

      ☑ Yes    ☐ No

   b. My qualifications and previous experience as an auctioneer include:

      I have been actively auctioning personal and real property for 30 years.

   c. Have you or any member of your firm ever been convicted of any criminal Offense, other than motor vehicle violations?

      ☐ Yes    ☑ No

      If yes, explain: _____

9. If the professional is an auctioneer, appraiser, or realtor, the location and Description of the property is as follows:

   101 Boardwalk, Atlantic City, New Jersey, a building that consists of 359 Residential apartments and 4 commercial units.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: May 26, 2011

Signature of Professional

Jeffrey L. Hubbard
Name of Professional

3