**Hearing Date: August 11, 2011 at 10:00 a.m.**
**Objection Deadline: August 10, 2011 at 4:00 p.m.**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. 9004-2(c)<br><br>Robert E. Nies, Esq. (rnies@wolffsamson.com)<br>**WOLFF & SAMSON PC**<br>One Boland Drive<br>West Orange, NJ 07052<br>Tel: (973) 325-1500  Fax: (973) 530-2212<br><br>*Attorneys for Karen L. Gilman,*<br>*Chapter 11 Trustee* | |
| In re:<br><br>15-35 HEMPSTEAD PROPERTIES, LLC and JACKSON 299 HEMPSTEAD LLC,<br><br><br>Debtors. | Chapter: 11<br><br>Case Nos. 10-43178 (GMB) and<br>          10-43180 (GMB)<br><br>*Jointly Administered*<br><br>Honorable Gloria M. Burns |

**NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF DESIGNATED CONTRACTS BY THE SUCCESSFUL BIDDER AT AUCTION**

TO:  COUNTERPARTIES OF DESIGNATED CONTRACTS
     & ALL PARTIES ON ANNEXED SERVICE LIST

**PLEASE TAKE NOTICE** that, on July 12, 2011, Karen L. Gilman, the Chapter 11 Trustee (the **"Trustee"**), by her undersigned attorneys, Wolff & Samson PC, moved for the entry of an Order: (I) Establishing an Assumption Deadline and Objection Deadline for the Assumption of Executory Contracts and Unexpired Leases Related to Sale, (II) Approving the Form, Method and Manner of Supplemental Notice by Publication of the Trustee's Proposed Rejection of Executory Contracts and Unexpired Leases of the Debtors, and (III) Granting Related Relief (the "**Motion**") [Docket No. 279].

2830105.1

**PLEASE TAKE FURTHER NOTICE** that, on July 15, 2011 the Bankruptcy Court granted the relief requested in the Motion and entered an Order: (I) establishing a deadline of August 5, 2011, at 4:00 p.m. Eastern Time ("ET") (the "**Assumption Deadline**") by which (i) the successful bidder at auction (the "**Successful Bidder**") shall designate executory contracts and unexpired leases of the Debtors (the "**Contracts**") to be assumed (the "**Assumed Contracts**"), provide proof of ability to cure, and provide adequate assurance of future performance; and (ii) the Trustee shall notify the counterparties to the designated Assumed Contracts of the cure amount and adequate assurance of future performance, by first-class mail, postage prepaid; (II) establishing August 10, 2011, at 4:00 p.m. ET as the deadline (the "**Objection Deadline**"), by which written objections to the assumption and assignment of the Assumed Contracts (the "**Objections**") shall be filed with the Bankruptcy Court and served upon counsel for the Trustee so as to be received no later than that date and time (the "**Order**")[Docket No. 289].

**PLEASE TAKE FURTHER NOTICE** that, the Successful Bidder, New York Community Bank, has designated the contracts listed on **Exhibit 1** annexed hereto as Assumed Contracts and has provided the Trustee with proof of ability to cure and adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that, the Trustee hereby notifies the counterparties to the Assumed Contracts of the proposed assumption and assignment and the cure amount as reflected on Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, August 10, 2011, at 4:00 p.m. ET is the Objection Deadline, by which written Objections to the assumption and assignment of the Assumed Contracts shall be filed with the Bankruptcy Court and served upon counsel for the

Trustee, Wolff & Samson PC, One Boland Drive, West Orange, NJ 07052 Attn: Robert E. Nies, Esq., so as to be received no later than that date and time.

**PLEASE TAKE FURTHER NOTICE** that, any such Objection must set forth the Contract to which the objection relates, all specific defaults under such Contract, and, with respect to objections to the proposed cure amount, must identify a specific monetary amount that differs from the proposed cure amount, and set forth all documentation supporting such amount.

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the assumption, assignment and Objections, if any, is scheduled to take place before the Honorable Gloria M. Burns, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Market Street, Courtroom 4C, Camden, New Jersey 08101 on August 11, 2011 at 10:00 a.m. eastern standard time (the "**Hearing Date**").

**PLEASE TAKE FURTHER NOTICE** that, counterparties to the Assumed Contracts should determine whether their names and contracts appear on the attached Exhibit 1. Note that the Trustee reserves the right to amend or supplement Exhibit 1 prior to the Hearing.

[*CONTINUED ON NEXT PAGE*]

**PLEASE TAKE FURTHER NOTICE** that, inclusion of an Assumed Contract on the attached Exhibit 1 shall not constitute an admission by the Trustee that such contract is executory or that the Trustee has any liability thereunder. The Trustee reserves all rights, claims and defenses in connection therewith.

                                                    Respectfully submitted,

                                                    WOLFF & SAMSON PC

                                                    */s/ Robert E. Nies*
                                                    Robert E. Nies, Esq. (rnies@wolffsamson.com)

                                                    One Boland Drive
                                                    West Orange, NJ 07052
                                                    Tel: (973) 325-1500 Fax: (973) 530-2212

                                                    *Attorneys for Karen L. Gilman,*
                                                    *Chapter 11 Trustee*

Dated: August 5, 2011

## COUNTERPARTIES OF DESIGNATED CONTRACTS

Western Pest Services
2621 Tilton Road
Egg Harbor Township, NJ 08234

Atlas Elevator Inc.
19 Cannonball Drive
Barnegat, NJ 08005

Earth Tech Contracting, Inc.
155 Rt. 50
Greenfield, NJ 08230

Eastern Fire & Safety LLC
1933 Highway 35
Suite 105-343
Wall Township, NJ 07719

## SERVICE LIST

Albert A. Ciardi, III, Esq. (aciardi@ciardilaw.com)
Adrienne N. Roth, Esq. (aroth@ciardilaw.com)
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103
(Counsel to Debtors)

15-35 Hempstead Properties, LLC
& Jackson 299 Hempstead LLC,
c/o Steven Kates and Angelina Kates
(katesassociates@aol.com)
526 Pacific Avenue, Apt. 404
Atlantic City, NJ 08401 (Debtors)

Michael J. Viscount, Esq. (mviscount@foxrothschild.com)
Joshua T. Klein, Esq. (jklein@foxrothschild.com)
Fox, Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3291
(Counsel to Creditor Committee)

Matthew G. Roseman, Esq.
(mroseman@cullenanddykman.com)
Cullen and Dykman, LLP
100 Quentin Roosevelt Blvd.
Garden City, NY 11530
(Counsel to New York Community Bank)

Office of the United States Trustee
One Newark Center Suite 2100
Newark, NJ 07102
Attn: Jeffrey M. Sponder, Esq.
(Jeffrey.M.Sponder@usdoj.gov)

FC Development Group LLC
Carl Freedman(carl@fcdevelopmentgroup.com)
Jason Kessler, Vice President
(Jason@fcdevelopmentgroup.com)
201A Berlin Road
Cherry Hill, NJ 08034

2830105.1