| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. 9004-2(c)<br><br>Robert E. Nies, Esq. (rnies@wolffsamson.com)<br>**WOLFF & SAMSON PC**<br>One Boland Drive<br>West Orange, NJ 07052<br>Tel: (973) 325-1500 Fax: (973) 530-2212<br><br>*Attorneys for Karen L. Gilman,*<br>*Chapter 11 Trustee* | |
| In re:<br><br>15-35 HEMPSTEAD PROPERTIES, LLC and JACKSON 299 HEMPSTEAD LLC,<br><br>Debtors. | Chapter: 11<br><br>Case Nos. 10-43178 (GMB) and<br>10-43180 (GMB)<br><br>*Jointly Administered*<br><br>Honorable Gloria M. Burns |

## CERTIFICATE OF CONSENT REGARDING CONSENT ORDER TO AMEND FINAL ORDER AUTHORIZING THE TRUSTEE'S USE OF CASH COLLATERAL, USE OF RENTS AND THE ADVANCE OF ADDITIONAL FUNDING

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ Robert E. Nies, /s/ Michael J. Viscount, and /s/ Matthew G. Roseman on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

2833865.1

  (e)  I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

          /s/ Robert E. Nies
          Robert E. Nies

DATED: August 10, 2011

2

2833865.1

Case 10-43178-GMB    Doc 323    Filed 08/10/11    Entered 08/10/11 14:56:21    Desc Main
Document    Page 2 of 2